UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rudy Isidro Niz Tomas

v. Case No. 26-cv-707-JL-AJ

Christopher Brackett, et al.

ORDER

On September 14, 2026, the Court issued an endorsed order stating the petitioner has missed all applicable deadlines. The court will dismiss this case on September 21, 2026, unless it received a filing showing cause to take other action. Petitioner has not filed such filing.

It is, therefore, ordered that the case is dismissed without prejudice. The Clerk of Court shall close the case.

SO ORDERED.

Joseph N. Laplante
United States District Judge

Date: September 22, 2026

cc: Counsel of Record